Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **POP Gourmet, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  POP Gourmet Foods** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2535722** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **14900 Interurban AVE S, STE 257** **Seattle, WA 98168** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **King** | **Location of principal assets, if different from principal place of business** |
| | | County | **22430 76th AVE S Kent, WA 98032** |
| | | | Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | **www.popgourmet.com** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District | When | Case number |
| _____ | _____ | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

---

| 15. | Estimated Assets | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | POP Gourmet, LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/26/2020
            MM / DD / YYYY

**X**   /s/ Steve Gallo               **Steve Gallo**
     Signature of authorized representative of debtor        Printed name

Title   **CEO**

**18. Signature of attorney**

**X**   /s/ John R. Rizzardi        Date   05/26/2020
     Signature of attorney for debtor               MM / DD / YYYY

**John R. Rizzardi**
Printed name

**Cairncross & Hempelmann, P.S.**
Firm name

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
Number, Street, City, State & ZIP Code

Contact phone   **206-587-0700**     Email address   jrizzardi@cairncross.com

**WSBA No. 9388 WA**
Bar number and State

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>05/26/2020</u>    *x*   /s/ Steve Gallo
                                      Signature of individual signing on behalf of debtor

                                        **Steve Gallo**
                                        Printed name

                                        **CEO**
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **POP Gourmet, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Snyder of Berlin 1313 Stadium DR Somerset, PA 15501 | | Supplier | | | | $168,925.57 |
| A & B Properties 6120 52nd Ave S Seattle, WA 98118 | | Unpaid Rent | | | | $50,554.00 |
| Bank of America POB 15796 Wilmington, DE 19886-5796 | | Credit cards | | | | $43,468.00 |
| McNaul Ebel Nawrot & Helgren One Union Square 600 University ST, STE 2700 Seattle, WA 98101 | | Legal services | | | | $40,338.44 |
| Visionary Private Equity Group 1520 S 5th ST, STE 308 Saint Charles, MO 63303 | | Promissory Note | | | | $40,000.00 |
| Kidder Matthews 12886 Interurban AVE S Seattle, WA 98168 | | Services | | | | $37,903.97 |
| Gai Consulting Group, LLC 18109 155th Ave NE Woodinville, WA 98072 | | Consulting | | | | $30,725.00 |
| Foster Gravey 1111 Third AVE, STE 3000 Seattle, WA 98101 | | Legal services | | | | $26,944.12 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Drinker Biddle & Reath LLP 1800 Century Park E, STE 1500 Los Angeles, CA 90067-1517** | | **Legal services** | | | | **$23,792.00** |
| **FedEx Corporate Services, Inc. c/o Benjamin E. Kelly Law Office of Benjamin E. Kell 9218 Roosevelt Way NE Seattle, WA 98115** | | **FedEx Corporate Services, Inc. v. POP Gourmet LLC; KCSC No. 20-2-04520-9 (KNT)** **Active Commercial complaint** | | | | **$19,993.67** |
| **Kaiser Permanente Washington POB 34750 Seattle, WA 98124-1750** | | **Insurance** | | | | **$19,980.00** |
| **Decor Chocolates, Inc. 107072 Tye ST SE, STE 180 Monroe, WA 98272** | | **Supplier** | | | | **$19,845.71** |
| **ePerformance Partners LLC 1720 W Front Street Coronado, CA 92118** | | **Consulting** | | | | **$19,432.00** |
| **Printpack, Inc. 2800 Overlook PKWY Atlanta, GA 30339** | | **Supplier** | | | | **$16,800.00** |
| **Russell Worldwide, LLC 825 W Front St Boise, ID 83702** | | **Consulting** | | | | **$16,250.00** |
| **Continuum Brands, LLC 825 W Front Street Boise, ID 83702** | | **Consulting** | | | | **$15,000.00** |
| **RSM US LLP 5155 Paysphere Circle Chicago, IL 60674-0051** | | **Accounting services** | | | | **$12,285.00** |
| **Worldwide Express POB 101903 Pasadena, CA 91189** | | **Vendor** | | | | **$12,037.56** |
| **Impact Sales 915 W Jefferson ST Boise, ID 83702** | | **former Broker** | | | | **$8,177.93** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Holman Distrbution CTR of WA 22430 76th AVE S Kent, WA 98032-2406** | | **Supplier** | | | | **$7,919.33** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **POP Gourmet, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

> 1a. **Real property:**
> Copy line 88 from *Schedule A/B*..................................................................................................... $     **0.00**

> 1b. **Total personal property:**
> Copy line 91A from *Schedule A/B*................................................................................................... $     **463,637.00**

> 1c. **Total of all property:**
> Copy line 92 from *Schedule A/B*..................................................................................................... $     **463,637.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **4,344,174.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

> 3a. **Total claim amounts of priority unsecured claims:**
> Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **609.00**

> 3b. **Total amount of claims of nonpriority amount of unsecured claims:**
> Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **689,704.48**

4.  **Total liabilities** ...........................................................................................................................
Lines 2 + 3a + 3b | $     **5,034,487.48**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name     **POP Gourmet, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Homestreet Bank General Account**<br>**601 Union ST, STE 200**<br>**Seattle, WA 98101** | Checking | 9910 | $7,564.00 |
| 3.2. | **Bank of America**<br>**POB 25118**<br>**Tampa, FL 33622-5118** | Checking | 4823 | $3,721.00 |
| 3.3. | **Homestreet Bank Dibursement Account**<br>**601 Union ST, STE 200**<br>**Seattle, WA 98101** | Checking | 9258 | $0.00 |
| 3.4. | **Homestreet Bank Payrll Account**<br>**601 Union ST, STE 200**<br>**Seattle, WA 98101** | Checking | 1325 | $0.00 |
| 3.5. | **Homestreet Bank**<br>**601 Union ST, STE 200**<br>**Seattle, WA 98101** | Checking | 9158 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

| | $11,285.00 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **Executive Support Center (Rent)** _____    **$1,421.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.    **Outlook Group LLC (packaging)** _____    **$6,627.00**

      8.2.    **Commerical Creamery (cheese)** _____    **$3,982.00**

9.    **Total of Part 2.**                                           **$12,030.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    **28,748.00** - **0.00** = ....    **$28,748.00**
       face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                          **$28,748.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| 19. | Raw materials<br>**Various perishable**<br>**inventory** | 4/30/20 | $107,006.00 | Replacement | $107,006.00 |
|---|---|---|---|---|---|

| 20. | **Work in progress** | | | | |

| 21. | **Finished goods, including goods held for resale**<br>**Various popcorn** | 4/30/20 | $114,068.00 | Replacement | $114,068.00 |
|---|---|---|---|---|---|

| 22. | **Other inventory or supplies**<br>**Packaging and**<br>**corrugate** | 4/30/20 | Unknown | Replacement | $180,000.00 |
|---|---|---|---|---|---|

**23.** **Total of Part 5.**    | $401,074.00 |

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture including desk, cubicles,**<br>**tables, chairs and other miscellaneous items** | Unknown | Replacement | $500.00 |

| 40. | **Office fixtures** | | | |

| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Office equipment inlcuding computers,**<br>**monitors, copiers, servers and other**<br>**miscellanous items** | $5,327.00 | Replacement | $10,000.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $10,500.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademarks** | $100,737.00 | | $0.00 |
| 61. | **Internet domain names and websites**<br>**Website** | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties**<br>**Royalties - UHA Japan use of POP name and logo** | $33,600.00 | Revenue based | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**                                                                      $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$11,285.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$12,030.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$28,748.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$401,074.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$463,637.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$463,637.00** |

Fill in this information to identify the case:

Debtor name    **POP Gourmet, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Brett Goldfarb** | Describe debtor's property that is subject to a lien | $69,889.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Company's right, title, and interest in all properties, assets and rights of the Company.** | | |
| | **POB 1380**<br>**Mercer Island, WA 98040** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **7/25/2017** | | |
| | | **Is the creditor an insider or related party?** | | |
| | **brett@ejent.com** | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | **UCC-1** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☑ Disputed | | |

| 2.2 | **GMM POP Holdings LLC** | Describe debtor's property that is subject to a lien | $3,994,729.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Company's right, title, and interest in all properties, assets and rights of the Company.** | | |
| | **2 Park Ave, 17th Floor**<br>**New York, NY 10022** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | **isaac.dabah@us.deltagalil.<br>com** | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | **various** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    **POP Gourmet, LLC**
    Name
                              Case number (if know)

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
■ Disputed
priority.

| | | | | |
|---|---|---|---|---|
| 2.3 | **Richard Galanti** | Describe debtor's property that is subject to a lien | $139,778.00 | $0.00 |
| | Creditor's Name | **All Company's right, title, and interest in all properties, assets and rights of the Company.** | | |

**7020 N Mercer Way**
**Mercer Island, WA 98040**
Creditor's mailing address

Describe the lien
**UCC-1**

**rgalanti@costco.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/15/2017**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | | | |
|---|---|---|---|---|
| 2.4 | **Ron Neubauer** | Describe debtor's property that is subject to a lien | $139,778.00 | $0.00 |
| | Creditor's Name | **All Company's right, title, and interest in all properties, assets and rights of the Company.** | | |

**4227 E Madison St, #D2**
**Seattle, WA 98112**
Creditor's mailing address

Describe the lien
**UCC-1**

**rgn@neucap.net**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/25/2017**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,344,174.00** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case 20-11497-TWD    Doc 1    Filed 05/26/20    Ent. 05/26/20 17:25:16    Pg. 17 of 65

Debtor name **POP Gourmet, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**WA Dept of Labor & Industries**<br>**PO Box 44171**<br>**Olympia, WA 98504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$365.00** | **$0.00** |
| | Date or dates debt was incurred<br>**2020, 1st Quarter** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**WA State Dept. of Revenue**<br>**Bankruptcy/Claims Unit**<br>**2101 4th Ave #1400**<br>**Seattle, WA 98121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$244.00** | **$0.00** |
| | Date or dates debt was incurred<br>**2020, 1st Quarter** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **POP Gourmet, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$559.14** |
|---|---|---|---|

**360 Merchandising Solutions**
**300 Dave Cowens DR, STE 1005**
**Newport, KY 41071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Broker__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,554.00** |
|---|---|---|---|

**A & B Properties**
**6120 52nd Ave S**
**Seattle, WA 98118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__
Last 4 digits of account number _

Basis for the claim: __Unpaid Rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Acme Distribution Centers**
**18101 E Colfax AVE**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Supplier__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.99** |
|---|---|---|---|

**Amerigas**
**PO Box 17769**
**Pasadena, CA 91109-7155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,468.00** |
|---|---|---|---|

**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __various__
Last 4 digits of account number __8433__

Basis for the claim: __Credit cards__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.70** |
|---|---|---|---|

**Bianca Rodriguez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.54** |
|---|---|---|---|

**Chep USA**
**15226 Collections CTR DR**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,096.00** |
| --- | --- | --- | --- |

**Comcast**
**POB 34744**
**Seattle, WA 98124-1744**

Date(s) debt was incurred  **April and May 2020**

Last 4 digits of account number  **9107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
| --- | --- | --- | --- |

**Continuum Brands, LLC**
**825 W Front Street**
**Boise, ID 83702**

Date(s) debt was
incurred  **5/31/2019 and 6/30/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
| --- | --- | --- | --- |

**David Deatherage**
**1521 11th Street**
    **OR 97608**

Date(s) debt was incurred  **12/31/2018**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,088.52** |
| --- | --- | --- | --- |

**De Lage Landen Financial SVCs**
**c/o Brian M. Fleischer**
**Equire for Greentree Centre**
**601 Route 73N, STE 305**
**Marlton, NJ 08053**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement for leased equipment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,845.71** |
| --- | --- | --- | --- |

**Decor Chocolates, Inc.**
**107072 Tye ST SE, STE 180**
**Monroe, WA 98272**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,973.03** |
| --- | --- | --- | --- |

**Deline Box Co**
**3700 Lima ST**
**Denver, CO 80239-2209**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
| --- | --- | --- | --- |

**DirectApps, Inc.**
**3909 Douglas BLVD, STE 300**
**95661**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,792.00** |
| --- | --- | --- | --- |
| | **Drinker Biddle & Reath LLP**<br>**1800 Century Park E, STE 1500**<br>**Los Angeles, CA 90067-1517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Legal services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,432.00** |
| --- | --- | --- | --- |
| | **ePerformance Partners LLC**<br>**1720 W Front Street**<br>**Coronado, CA 92118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Jan and Feb 2020__ | **Basis for the claim:** __Consulting__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,421.00** |
| --- | --- | --- | --- |
| | **Executive Support Center**<br>**14900 Interurban AVE S**<br>**STE 271**<br>**Seattle, WA 98168** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Landlord__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,993.67** |
| --- | --- | --- | --- |
| | **FedEx Corporate Services, Inc.**<br>**c/o Benjamin E. Kelly**<br>**Law Office of Benjamin E. Kell**<br>**9218 Roosevelt Way NE**<br>**Seattle, WA 98115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2/20/2020__ | **Basis for the claim:** __FedEx Corporate Services, Inc. v. POP Gourmet LLC;__ __KCSC No. 20-2-04520-9 (KNT)__ | |
| | Last 4 digits of account number __ | __Active Commercial complaint__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,110.00** |
| --- | --- | --- | --- |
| | **Former Fab, Inc.**<br>**2101 Former Fab DR**<br>**Pearland, TX 77581** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,944.12** |
| --- | --- | --- | --- |
| | **Foster Gravey**<br>**1111 Third AVE, STE 3000**<br>**Seattle, WA 98101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Legal services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,700.00** |
| --- | --- | --- | --- |
| | **FSE, Inc.**<br>**77 Rumford AVE, STE #3**<br>**Woods Hole, MA 02543** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,725.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------|------------|

**Gai Consulting Group, LLC**
18109 155th Ave NE
Woodinville, WA 98072

Date(s) debt was incurred  _2/28/2019 to 8/31/2019_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------|---------|

**GI Wallker Trucking LLC**
894 Plank RD
Berlin, PA 15530

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,789.47 |
|------|--------------------------------------------------|-----------------------------------------------------------------|-----------|

**GloryBee, Inc.**
POB 2744
Roseburg, OR 97470-2000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------|-----------|

**Gluten Intlerance Group**
31214 124th AVE SE
Auburn, WA 98092

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,919.33 |
|------|--------------------------------------------------|-----------------------------------------------------------------|-----------|

**Holman Distrbution CTR of WA**
22430 76th AVE S
Kent, WA 98032-2406

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,112.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------|-----------|

**Holman Transportation LLC**
22430 76th AVE S
Kent, WA 98032

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,177.93 |
|------|--------------------------------------------------|-----------------------------------------------------------------|-----------|

**Impact Sales**
915 W Jefferson ST
Boise, ID 83702

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **former Broker**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**Infinisource Benefit SVCs**
POB 737
Coldwater, MI 49036-0889

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.31 |
|---|---|---|---|

**Iron Mountain**
POB 27128
New York, NY 10087-7128

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,980.00 |
|---|---|---|---|

**Kaiser Permanente Washington**
POB 34750
Seattle, WA 98124-1750

Date(s) debt was incurred _
Last 4 digits of account number  __2100__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,903.97 |
|---|---|---|---|

**Kidder Matthews**
12886 Interurban AVE S
Seattle, WA 98168

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Lesley Gaiither**
7540 Trey Riata DRT, STE 511
Fort Worth, TX 76123

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Lexus Moor**
30103 53rd AVE S
Auburn, WA 98001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Vacation days earned__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,338.44 |
|---|---|---|---|

**McNaul Ebel Nawrot & Helgren**
One Union Square
600 University ST, STE 2700
Seattle, WA 98101

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,656.73 |
| --- | --- | --- | --- |

**Medosweet Farms**
**POB 749**
**Kent, WA 98035-0749**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
| --- | --- | --- | --- |

**Mia Vasquez**
**26613 112th AVE SE, APT J205**
**Kent, WA 98031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vacation days earned**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
| --- | --- | --- | --- |

**Polynova Industries**
**101-11480 Blacsmith PL**
**RIchmond, BC Canada V74 4X1**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |
| --- | --- | --- | --- |

**Preferred Popcorn**
**1132 9th RD**
**Chapman, NE 68827**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,800.00 |
| --- | --- | --- | --- |

**Printpack, Inc.**
**2800 Overlook PKWY**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.45 |
| --- | --- | --- | --- |

**Puget Sound Energy**
**POB 91269**
**Bellevue, WA 98009-9269**

Date(s) debt was incurred  **March & April 2020**

Last 4 digits of account number  **4380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.65 |
| --- | --- | --- | --- |

**Reddaway**
**26401 Network Place**
**Chicago, IL 60673-1264**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,285.00 |
| --- | --- | --- | --- |

**RSM US LLP**
**5155 Paysphere Circle**
**Chicago, IL 60674-0051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounting services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,250.00 |
| --- | --- | --- | --- |

**Russell Worldwide, LLC**
**825 W Front St**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/2019 to 5/31/2019**

Basis for the claim:  **Consulting**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.64 |
| --- | --- | --- | --- |

**SaltWorks**
**16240 Wood0Red RD NE**
**Woodinville, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,925.57 |
| --- | --- | --- | --- |

**Snyder of Berlin**
**1313 Stadium DR**
**Somerset, PA 15501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,220.87 |
| --- | --- | --- | --- |

**Sunshine FPC, Inc.**
**1600 Gager RD**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,840.00 |
| --- | --- | --- | --- |

**Syndigo LLC**
**POB 74861**
**Chicago, IL 60694-4861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.50 |
| --- | --- | --- | --- |

**Tukwila Self Storage**
**5950 South Center BLVD**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Rental**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,816.18** |
|---|---|---|---|
| | **ULINE**<br>**POB 88741**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | **Basis for the claim:  Supplier** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|
| | **Visionary Private Equity Group**<br>**1520 S 5th ST, STE 308**<br>**Saint Charles, MO 63303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/9/20** | **Basis for the claim:  Promissory Note** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,571.80** |
|---|---|---|---|
| | **Waste Management**<br>**PO Box 541065**<br>**Los Angeles, CA 90054-1065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **March and April 2020** | **Basis for the claim:  Utilities** | |
| | Last 4 digits of account number  **3007** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,010.66** |
|---|---|---|---|
| | **Wetern Exterminator**<br>**POB 872830**<br>**Vancouver, WA 98687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,037.56** |
|---|---|---|---|
| | **Worldwide Express**<br>**POB 101903**<br>**Pasadena, CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **WA Attorney General's Office**<br>**Bankruptcy & Collection Unit**<br>**800 Fifth AVE, STE 200**<br>**Seattle, WA 98104** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **WA Attorney General's Office**<br>**Bankruptcy & Collection Unit**<br>**800 Fifth AVE, STE 200**<br>**Seattle, WA 98104** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**

**5b. Total claims from Part 2**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

| | Total of claim amounts |
|---|---|
| 5a. $ | 609.00 |
| 5b. + $ | 689,704.48 |
| 5c. $ | 690,313.48 |

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** |
| State the term remaining: **open** | **360 Merchandising Solutions** |
| List the contract number of any government contract | **300 Dave Cowens DR, STE 1005** **Newport, KY 41071** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease:  Commercial lease** |
| State the term remaining: **expires 2/31/2025** | **A & B Properties** |
| List the contract number of any government contract | **6120 52nd Ave S** **Seattle, WA 98118** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Warehouse: 3PL services** |
| State the term remaining: **open** | **Acme Distribution Centers** |
| List the contract number of any government contract | **18101 E Colfax Ave** **Aurora, CO 80011** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** |
| State the term remaining: **open** | **ADW Acosta, LLC** |
| List the contract number of any government contract | **POB 749486** **Los Angeles, CA 90074-9486** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease:  Sublease** | |
|---|---|---|---|
| | State the term remaining | **expires 5/31/2025** | **Alabaster, Staging & Design** |
| | List the contract number of any government contract | | **3007 40th ST E** **Tacoma, WA 98404** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance:  Property insurance** | |
|---|---|---|---|
| | State the term remaining | **expires 5/31/2020** | **Berkley North Pacific** **Continental Western Insurance** |
| | List the contract number of any government contract | | **660 E Watertower ST** **Meridian, ID 83642** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/2020** | **Brown & Haley** |
| | List the contract number of any government contract | | **POB 1596** **Tacoma, WA 98401** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Internet/phone** | |
|---|---|---|---|
| | State the term remaining | **expires in 1+ year** | **Comcast** |
| | List the contract number of any government contract | | **POB 34744** **Seattle, WA 98124-1744** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant: Information technology consulting** | |
|---|---|---|---|
| | State the term remaining | **open** | **Direct Technology** |
| | List the contract number of any government contract | | **3009 Douglas Blvd, Ste 300** **Roseville, CA 95661** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance:  D&O insurance** | |
|---|---|---|---|
| | State the term remaining | **expires 5/31/2020** | **E-risk Services, LLC** **Scottsdale Indemnity Company** **NW Professional Center** |
| | List the contract number of any | | **227 US HWY 206, STE 302** **Flanders, NJ 07836** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** | |
|---|---|---|---|
| | State the term remaining | **open** | **Elite Concept Sales, LLC** |
| | List the contract number of any government contract | | **578 W Chirstopher St**<br>**Meridian, ID 83642** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease:  Commerical lease** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Executive Support Center Inc** |
| | List the contract number of any government contract | | **14900 Interurban Ave S, Ste 27**<br>**Seattle, WA 98168** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Fee: Fire Corn brand license** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Fire Corn**<br>**ATTN:  Greg Anders** |
| | List the contract number of any government contract | | **2950 Newmarket PL, 3101 203**<br>**Seattle, WA 98101** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** | |
|---|---|---|---|
| | State the term remaining | **open** | **Focus Sales & Marketing** |
| | List the contract number of any government contract | | **620 Enterprise Dr**<br>**Oak Brook, IL 60523** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** | |
|---|---|---|---|
| | State the term remaining | **open** | **Godwin Associates, LLC** |
| | List the contract number of any government contract | | **5963 Bryn Brooke Dr**<br>**Raleigh, NC 27614** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse: 3PL services** | **Holman Distribution CTR of WA**<br>**22430 76th AVE S**<br>**Kent, WA 98032** |
|---|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **open** | |
| List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease:  Sublease** | |
|---|---|---|---|
| | State the term remaining | **terminates 5/31/2025** | **KDT International Corp.**<br>**ATTN:  Dongmez Xhang**<br>**14500 Interurban AVE S**<br>**Seattle, WA 98168** |
| | List the contract number of any government contract | _____ | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** | |
|---|---|---|---|
| | State the term remaining | **open** | **Kreative Sales & Marketing**<br>**210 SE 34th ST, STE 2**<br>**Bentonville, AR 72712** |
| | List the contract number of any government contract | _____ | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Royalties:  Royalty for use of POP brand** | |
|---|---|---|---|
| | State the term remaining | **expires 3/31/2024** | **MD Holdings**<br>**ATTN: Mr. Shigenori Uemural**<br>**11-20 Shinjo Higashiosaka**<br>**Osaka, Japan 578-0963** |
| | List the contract number of any government contract | _____ | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Brokerage Agreement** | |
|---|---|---|---|
| | State the term remaining | **open** | **Now At Retail**<br>**8300 Jantzen RD**<br>**Modesto, CA 95357** |
| | List the contract number of any government contract | _____ | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement: Manufacturing** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Snyder of Berlin**<br>**1313 Stadium ST**<br>**Berlin, PA 15530** |
| | List the contract number of any government contract | _____ | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant: Management of POP Gourmet** | |
| | State the term remaining | **expires 12/212022** | **Steve Gallo** |
| | List the contract number of any government contract | | **1720 Avenida Del Mundo #1508 Coronado, CA 92118** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Fee:  Hidden Valley Ranch & Kingsford Brand license** | |
| | State the term remaining | **expires 5/2021** | **The Clorox Company ATTN: Ronda Ramio** |
| | List the contract number of any government contract | | **1221 Broadway Oakland, CA 94612** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Fee: Tree Top Brand license** | |
| | State the term remaining | **expires 12/31/2024** | **The Valen Group, LLC ATTN: Eric Hill** |
| | List the contract number of any government contract | | **10250 Alliance Hill, STE 226 Cincinnati, OH 45242** |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing Contract: Manufacturing of popcorn and potato chips for sale** | |
| | State the term remaining | **open** | **Utz Quality Foods, LLC** |
| | List the contract number of any government contract | | **1313 Stadium ST Berlin, PA 15530** |

Case 20-11497-TWD     Doc 1     Filed 05/26/20     Ent. 05/26/20 17:25:16     Pg. 32 of 65

| Fill in this information to identify the case: |

Debtor name    **POP Gourmet, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David Israel** | **13858 SE 62nd ST**<br>**Bellevue, WA 98006** | **Bank of America** | ☐ D _____<br>☑ E/F ___3.5___<br>☐ G _____ |

Case 20-11497-TWD    Doc 1    Filed 05/26/20    Ent. 05/26/20 17:25:16    Pg. 33 of 65

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | $188,130.00 |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | $1,785,708.00 |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | $3,088,589.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | **Royalties** | $14,055.00 |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | **Royalties** | $102,305.00 |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | **Royalties** | $89,114.00 |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Acme Distribution Centers**<br>**18101 E Colfax AVE**<br>**Aurora, CO 80011** | **2/20/2020** | **$29,003.39** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **The Clorox Company**<br>**ATTN: Ronda Ramio**<br>**1221 Broadway**<br>**Oakland, CA 94612** | **4/9/2020** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **License fee** |
| 3.3. | **Indel Food Products**<br>**9515 Plaza Circle DR**<br>**El Paso, TX 79927** | **2/24/2020** | **$14,076.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Brown & Haley**<br>**POB 1596**<br>**Tacoma, WA 98401** | **4/13/2020** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **License fee** |
| 3.5. | **Decor Chocolates, Inc.**<br>**17072 Tye ST SE, STE 180**<br>**Monroe, WA 98272** | **2/21/2020** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Worldwide Express**<br>**POB 10903**<br>**Pasadena, CA 91189** | **2/14/2020** | **$9,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **J Jang Essential Consulting LLC**<br>**14505 Nw Oak Shawdow CT**<br>**Portland, OR 97229** | **2/7/2020 and 2/28/2020 (payments of $9,000)** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Outlook Group LLC**<br>**1180 American DR**<br>**Neenah, WI 54956** | 4/20/2020 | $6,627.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Daniel Phillips**<br>**200 S Brentwood BLVD, Apt. 21A**<br>**Saint Louis, MO 63105**<br>**Investor** | 2/28/20 | $20,000.00 | **Partial repayment of bridge loan** |
| 4.2. **Eperformance Partners, LLC**<br>**1720 Avenida Del Mundo, #1508**<br>**Coronado, CA 92118**<br>**CEO Consulting** | 3/2/2020,<br>5/1/2020 AND<br>4/9/2020<br>(payments of<br>$9,716) | $29,148.00 | **CEO consulting fees** |
| 4.3. **Michael Ellis**<br>**214 Q Street**<br>**Vancouver, WA 98663**<br>**Investor/Board member** | 2/28/2020 | $40,000.00 | **Parial repayment of bridge loan** |
| 4.4. **Mitchell Rotman**<br>**90 Aberdeen Place**<br>**Saint Louis, MO 63105**<br>**Instor** | 2/28/2020 | $20,000.00 | **Repayment of bridge loan** |
| 4.5. **Steve Gallo**<br>**1720 Avenida Del Mundo #1508**<br>**Coronado, CA 92118**<br>**CEO** | 11/6/2019 | $6,663.54 | **Expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **FedEx Corporate Services, Inc. v. POP Gourmet LLC 20-2-04520-9 (KNT)** | **Breach of commercial contract - a default judgment was entered on or about 2/25/20** | **King County Superior Court 401 Fourth AVE N, Room 2C Kent, WA 98032** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Local Food Banks & Food Lifeline please see attached for details** | **Donations to local food banks and Food Lifeline on various dates 2018 - 2019** | | **$203,013.23** |
| Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Cairncross & Hempelmann, P.S.** **524 Second Avenue** **Suite 500** **Seattle, WA 98104** | **Retainer** | **5/20/2020** | **$25,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **14520 Interurban AVE S, D100** **Seattle, WA 98168** | **8/1/2017 - 4/15/2020** |
| 14.2. **13400 Interurban AVE S** **Seattle, WA 98168** | **9/1/2014 - 7/31/2017** |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Tukwila Self Storage**<br>**5950 South Center BLVD**<br>**Redmond, WA 98052** | **Sara Shield and Blanca Rodriguez**<br>**14900 Interurban AVE S, STE 357**<br>**Tukwila, WA 98168** | **Tradeshow banners and equipment, copiers, computers, servers, telephone system** | ☐ No<br>■ Yes |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **RSM US LLP** **1145 Broadway Plaza, STE 900** | **various** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Sara Shields** **14900 Interurban AVE S, STE 257** **Seattle, WA 98168** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **E-Risk Services, LLC** **NW Professional Center** **227 US HWY 206, STE 302** **Flanders, NJ 07836** |
| 26d.2.  **Berkley North Pacific** **660 East Watertower ST** **Meridian, ID 83642** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Will supplement as soon as possible** | **monthly at manufacturing plant ONLY** | |
| Name and address of the person who has possession of inventory records **will supplement** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Leonard Green** | **4810 Point Fosdick R NW** **PMB 41** **Gig Harbor, WA 98335** | **Board member** | **0.46** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Michael Ellis | 2614 Q Street WA 98630 | Board member | 0.60 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Lindsey Schwartz | 5607 104th AVE NE Kirkland, WA 98033 | Board member | 0.83 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Steve Fleischmann | 4026 E live LN Seattle, WA 98122 | Board member | 0.75 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Steve Gallo | 1720 Avenida Del Mundo #1508 Coronado, CA 92118 | CEO | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Please see Section 4.** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____May 26, 2020____

| /s/ Steve Gallo | **Steve Gallo** |
| --- | --- |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☒ Yes

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **10** |
| --- | --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

Case 20-11497-TWD    Doc 1    Filed 05/26/20    Ent. 05/26/20 17:25:16    Pg. 43 of 65

# POP Gourmet, LLC
## Transaction Detail By Account
### May 1, 2018 through May 1, 2020

| Type | Date | Item | Memo | Amount |
|------|------|------|------|--------|
| **9050-00 · Charitable Contributions** | | | | |
| Invoice | 08/14/2018 | Popcorn/Potato Chips | Local Food Banks | 270.00 |
| General Journal | 10/31/2018 | Popcorn/Potato Chips | Local Food Banks | 7,292.45 |
| General Journal | 11/30/2018 | Popcorn/Potato Chips | Local Food Banks | 1,065.46 |
| General Journal | 12/31/2018 | Popcorn/Potato Chips | Food Lifeline | 57,674.91 |
| General Journal | 01/31/2019 | Popcorn/Potato Chips | Food Lifeline | 9,275.99 |
| General Journal | 02/28/2019 | Popcorn/Potato Chips | Local Food Banks | 916.44 |
| General Journal | 02/28/2019 | Popcorn/Potato Chips | Local Food Banks | 97.38 |
| General Journal | 03/31/2019 | Popcorn/Potato Chips | Food Lifeline | 7,867.50 |
| General Journal | 03/31/2019 | Popcorn/Potato Chips | Food Lifeline | 16,979.71 |
| General Journal | 05/31/2019 | Popcorn/Potato Chips | Food Lifeline | 7,829.43 |
| General Journal | 07/31/2019 | Popcorn/Potato Chips | Local Food Banks | 5,082.64 |
| General Journal | 07/31/2019 | Popcorn/Potato Chips | Food Lifeline | 37,351.39 |
| General Journal | 07/31/2019 | Popcorn/Potato Chips | Food Lifeline | 9,185.88 |
| General Journal | 07/31/2019 | Popcorn/Potato Chips | Local Food Banks | 7,176.47 |
| General Journal | 07/31/2019 | Popcorn/Potato Chips | Local Food Banks | 4,921.00 |
| General Journal | 07/31/2019 | Popcorn/Potato Chips | Local Food Banks | 5,218.28 |
| General Journal | 07/31/2019 | Popcorn/Potato Chips | Local Food Banks | 1,705.94 |
| General Journal | 07/31/2019 | Popcorn/Potato Chips | Local Food Banks | 6,403.63 |
| Payment | 11/01/2019 | Popcorn/Potato Chips | Local Food Banks | 1,482.40 |
| Payment | 11/01/2019 | Popcorn/Potato Chips | Local Food Banks | 1,184.92 |
| Payment | 11/01/2019 | Popcorn/Potato Chips | Local Food Banks | 882.55 |
| Payment | 11/01/2019 | Popcorn/Potato Chips | Local Food Banks | 544.54 |
| Inventory Adjust | 11/30/2019 | Popcorn/Potato Chips | Food Lifeline | 12,604.32 |
| Total 9050-00 · Charitable Contributions | | | | 203,013.23 |

# POP Gourmet, LLC
# Balance Sheet
### As of December 31, 2019

|  | Dec 31, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | 72,980.11 |
| **Accounts Receivable** | 73,302.70 |
| **Other Current Assets** | |
| 1210-00 · Accounts Receivable - Other | 9,847.33 |
| 1240-00 · Royalty Receivables | 17,287.97 |
| 1300-00 · Inventory Asset | 588,025.40 |
| 1500-00 · Prepaid Expenses | 197,376.35 |
| **Total Other Current Assets** | 812,537.05 |
| **Total Current Assets** | 958,819.86 |
| **Fixed Assets** | 120,737.81 |
| **Other Assets** | |
| 1900-00 · Intangible Assets | 100,737.46 |
| 1950-00 · License Fee Min. Guarantee | 550,000.00 |
| **Total Other Assets** | 650,737.46 |
| **TOTAL ASSETS** | **1,730,295.13** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | 693,085.01 |
| **Other Current Liabilities** | |
| 2500-00 · Accrued Payroll & Payroll Taxes | 10,861.78 |
| 2600-00 · Insurance Payable | 16,018.85 |
| 2650-00 · Interest Payable | 941,518.52 |
| 2660-00 · Demo Accrual Payable | 950.19 |
| 2665-00 · Scan/Discounts Accruals | 8,617.89 |
| 2680-00 · Licensing Fee Payable | 40,025.47 |
| 2690-00 · Other Accrued Liabilities | 4,383.62 |
| 2799-00 · Current Portion - Notes/Equip | 4,849.24 |
| **Total Other Current Liabilities** | 1,027,225.56 |
| **Total Current Liabilities** | 1,720,310.57 |
| **Long Term Liabilities** | |
| 2900-00 · Equipment Loans Payable | 4,849.24 |
| 2950-00 · LT Notes Payable | 3,512,579.08 |
| 2999-00 · Current Portion - LT Notes Pay | (4,849.24) |
| **Total Long Term Liabilities** | 3,512,579.08 |
| **Total Liabilities** | 5,232,889.65 |
| **Equity** | |
| 3100-00 · Capital Contributions | 21,044,344.11 |
| 3200-00 · Retained Earnings | (22,400,754.05) |
| **Net Income** | (2,146,184.58) |
| **Total Equity** | (3,502,594.52) |
| **TOTAL LIABILITIES & EQUITY** | **1,730,295.13** |

Case 20-11497-TWD    Doc 1    Filed 05/26/20    Ent. 05/26/20 17:25:16    Pg. 45 of 65

# POP Gourmet, LLC
# Profit & Loss
### January through December 2019

| | Jan - Dec 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000-00 · Gross Revenues** | |
| 4300-00 · Royalty Revenue | 102,304.72 |
| 4000-00 · Gross Revenues - Other | 1,783,924.12 |
| Total 4000-00 · Gross Revenues | 1,886,228.84 |
| 4905-01 · Discounts & Product Allowances | (157,186.75) |
| 4915-00 · Slotting Fees | (5,950.00) |
| **Total Income** | 1,723,092.09 |
| **Cost of Goods Sold** | 1,260,324.08 |
| **Gross Profit** | 462,768.01 |
| **Expense** | |
| **6000-00 · Cost of Sales** | |
| 6050-00 · Freight Out | 158,306.37 |
| 6100-00 · Commissions/Broker Fees | 19,731.59 |
| 6140-00 · Demo Expenses | 10,018.69 |
| 6150-00 · Marketing Expense | 9,907.42 |
| 6160-00 · Samples Expense | 14,463.56 |
| 6200-00 · Trade Show Expense | 17,680.89 |
| 6250-00 · Product Storage | 45,719.75 |
| 6300-00 · Sorting & Handling | 18,157.14 |
| 6400-00 · Claims Expense | 63,986.69 |
| 6500-00 · Licensing Fee Expense | 113,519.65 |
| 6800-00 · B&O Taxes | 1,840.25 |
| 6900-00 · Other Selling Expense | 45,256.01 |
| Total 6000-00 · Cost of Sales | 518,588.01 |
| 8000-00 · Payroll Expense | 743,396.08 |
| 8100-00 · Employee Benefits | 9,241.18 |
| 8200-00 · Insurance Expense | 44,810.50 |
| 8300-00 · Travel Expense | 33,934.80 |
| 8400-00 · Meals & Entertainment Expense | 2,267.60 |
| 8650-00 · R&D Expense | 20,833.16 |
| 8760-00 · Professional Svc - Consulting | 228,000.00 |
| 8800-00 · Rent & Utilities Expense | 91,726.48 |
| 8900-00 · Office Expenses | 3,286.81 |
| 8910-00 · Dues & Subscriptions | 15,432.56 |
| 8915-00 · Licenses & Permits | 4,569.13 |
| 8925-00 · Property Tax Expense | 10,696.20 |
| 8990-00 · Other General Expenses | 4,491.64 |
| **Total Expense** | 1,731,274.15 |
| **Net Ordinary Income** | (1,268,506.14) |

# POP Gourmet, LLC
# Profit & Loss
### January through December 2019

|  | Jan - Dec 19 |
|---|---|
| **Other Income/Expense** |  |
| **Other Income** | 20,654.20 |
| **Other Expense** |  |
| 8700-00 · Professional Services | 47,417.35 |
| 8980-00 · Bad Debt Expense | 2,592.60 |
| 9050-00 · Charitable Contributions | 136,710.41 |
| 9075-00 · Bank Charges | 5,701.44 |
| 9100-00 · Interest Expense | 567,872.74 |
| 9600-00 · Depreciation Expense | 76,873.23 |
| 9700-00 · Other Expense | 61,164.87 |
| **Total Other Expense** | 898,332.64 |
| **Net Other Income** | (877,678.44) |
| **Net Income** | **(2,146,184.58)** |

# Federal Tax Return

**Most Recent Federal 2018 Tax Return is available upon request.**

# United States Bankruptcy Court
## Western District of Washington

In re   **POP Gourmet, LLC**      Case No. _____

                                                        Debtor(s)      Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 25,000.00 |
    | Prior to the filing of this statement I have received | $ | 25,000.00 |
    | Balance Due | $ | 0 |

2. The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 26, 2020
_____
*Date*

/s/ John R. Rizzardi
_____
**John R. Rizzardi**
*Signature of Attorney*
**Cairncross & Hempelmann, P.S.**
**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
**206-587-0700 Fax: 206-587-2308**
*Name of law firm*

# United States Bankruptcy Court
## Western District of Washington

In re   **POP Gourmet, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Please see attached.** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 26, 2020

Signature   /s/ Steve Gallo

**Steve Gallo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# POP Gourmet, LLC.
Rights Round Allocations/Participation
October 2016

*Debtor will supplement as soon as possible.

## Investor Name

GMM POP Holdings, LLC
Crescent Capital
Dan Phillips
Richard Galanti
Copper Leaf
Ron Neubauer
Gina Rotman
Mitch Rotman
Barjo Gardens Inc.
Jane C. Warriner 1971 Trust
James Hartz
Oliver & Company
Other Employee Units Vested
Julie Israel
Lindsey Schwartz
Brett Goldfarb
Steve Fleischmann
Michael Ellis
Leonard Green
Nancy Powell
Paul Kirschner
John Meisenbach
Doron Dunie
AJCO, LLC.
Joseph O Cunningham Jr.
Sachin Ajith / Enigma Holdings
John Hartz
Greg Anders
Dan Sherman
Moshe Dunie
SDKB1, LLC.
David Israel
VPEG
Karen Mannering
Ron Gai / Gai Consulting
Herbert Pruzan
Lee Sherman
Woodworth Capital, LLC
Eric Bensussen
Antibac International Co, Ltd
Bear Foods International, LLC
John O Teem
Defiance LLC.
Glenn Michael
Michael/Susan Delmanowski
Dan Indra
Rachelle Indra
Barbara Indra
5th Avenue West, LLC.
Green Investments

CONFIDENTIAL - for INTERNAL MANAGEMENT USE ONLY - CONFIDENTIAL

**Investor Name**

Ike Diogu

Jason Braxton

Wendell B Jones

Ronald C. and Deena R. Mulberg, Community Property

Harley & Lela Franco

Don Bacic

David Follette

KAIverson LLC

Harry Heller

Thomas Hanly

Mark Stabb

Tesoro Ventures, LLC

Bharath Chinamanthur

Paul Goldberg

Steve Oaks

Cliff Cohen

John Gibson

Keith Adwar

Charles D. and Susanna Botos, Trustees, Botos Family Trust 8-9-06

Fred Crosetto

Somasegar

Madan Nagaldinne & Sripriya Vadasseri

WGAS, LLC

Allen Ali

Jamie Goldberg

Shane Smith

DDCT, LLC

Jayaram R Valliyur

Fred Goldberg

Charles Keeter

TA Group Holdings, LLC.

Israel Family 2014 Family Trust (Kim & Larry Israel)

Andrew Tedesco

Cheney Capital Investments, LLC

Court Lorenzini

John Zeman

Rodney Blumenstein

Patricia A. Baker (Pensco Trust)

Arthur Rubinfeld

Valencia Wolf

Tilley Investments LLC c/o James Sawdon

John Cassens

Jeff & Beth Cassens

Kevin Berg

Blake Goldberg

Eric Sherman

Bradley Varela

Amandeep Kapoor

Real Trust IRA Alternatives, LLC FBO Marshal McReal IRA # 21771-TR05

Eugene Ho

Ilona Rossman Ho

Nicole Goldberg

**Investor Name**

Arozo Trust (Jeff Greenstein)
Arozo Trust (Jeff Greenstein)
Arozo Trust (Jeff Greenstein)
Arozo Trust (Jeff Greenstein)
Bryce Hunter Living Trust, Scott Ferris Trustee
Eddie Sherman
Anne Marie Flaherty
Michael & Shanna Garbooshian
Donald Riggs
Chanbir Mann
Marc and Cheri Bloom
Daver Tiryakioglu
Michael Donlan ROTH IRA
Tim Anderson
Etzion Genauer
Instasol, LLC
Malathi & Mohan Tummalapalli
Frey Family Trust
Joe Victor
Scott Gilkey
Rick Len
Mary Len
Bradaigh Wagner
Clive Cook
Don & Carol Salisbury
Gordon/Nancy Kritzer
Hart Hodges
John Lamb
PENSCO Trust Company FBO Elliot Lurie Account # 031038015732
Robert & Deborah Billow
Stanley & Pamela Au
Aaron Cardwell
Sandy Piha
Bob Conlin
Bruce & Amy Snell
Bruce Blakey
Jack DeLeon
Mike Booth
Wendy O'Brien
Haresh Ved
Debbie Centioli
Tricia Robinson
Ameet Suri
Brad Smith
Riley Smith
Akash Kapoor
Benjamin J. Israel and Anne M. Israel Revocable Trust
Jairam Krishnamurthy
Jami Blumenstein
Rena Rickles
Rosanne Lapan
Sandra Gai Divelbiss

**Investor Name**

Scott & Tami Donaldson

Alexis Neubauer

Noah Neubauer

Nathan Neubauer

Olivia Neubauer

David Reed

Brian & JoAnne Cardwell

Joshua Ghanoni

Victor & Shelley Bensussen

Daniel J. Israel

Ken Allwein

Dorthy Gai

Lora Nika Dahlbacka

Biogenesis Group, LLC

Kevin Donlan ROTH IRA

Kevin Hansen

Hugo Hernandez Meza

John H. Cravener

Paul Pennington

Yash Kshirsagar

Jeff Aldridge

Michael Gai

Purvi Kapoor

Emily M. Czachowski

Donald Joseph Riggs

Larisa Golovkova

Sean Black

Don Gai

Elaine Golando

Jacob Gai

Nathan Gai

Randy Lowell

Stephanie Gai

Melissa Marie Gai

Heather Lee Miller

Robert Orsucci & Joy Nakashima

# United States Bankruptcy Court
## Western District of Washington

In re    **POP Gourmet, LLC**                              Case No.

                                        Debtor(s)          Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    05/26/2020                          /s/  Steve Gallo

                                                **Steve Gallo**/**CEO**
                                                Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

360 MERCHANDISING SOLUTIONS
300 DAVE COWENS DR, STE 1005
NEWPORT, KY 41071


360 MERCHANDISING SOLUTIONS
300 DAVE COWENS DR, STE 1005
NEWPORT, KY 41071


A & B PROPERTIES
6120 52ND AVE S
SEATTLE, WA 98118


A & B PROPERTIES
6120 52ND AVE S
SEATTLE, WA 98118


ACME DISTRIBUTION CENTERS
18101 E COLFAX AVE
AURORA, CO 80011


ACME DISTRIBUTION CENTERS
18101 E COLFAX AVE
AURORA, CO 80011


ADW ACOSTA, LLC
POB 749486
LOS ANGELES, CA 90074-9486


ALABASTER, STAGING & DESIGN
3007 40TH ST E
TACOMA, WA 98404


AMERIGAS
PO BOX 17729
PASADENA, CA 91109-7155


BANK OF AMERICA
POB 15796
WILMINGTON, DE 19886-5796


BERKLEY NORTH PACIFIC
CONTINENTAL WESTERN INSURANCE
660 E WATERTOWER ST
MERIDIAN, ID 83642

BIANCA RODRIGUEZ


BRETT GOLDFARB
POB 1380
MERCER ISLAND, WA 98040


BROWN & HALEY
POB 1596
TACOMA, WA 98401


CHEP USA
15226 COLLECTIONS CTR DR
CHICAGO, IL 60693


COMCAST
POB 34744
SEATTLE, WA 98124-1744


COMCAST
POB 34744
SEATTLE, WA 98124-1744


CONTINUUM BRANDS, LLC
825 W FRONT STREET
BOISE, ID 83702


DAVID DEATHERAGE
1521 11TH STREET
OR 97608


DAVID ISRAEL
13858 SE 62ND ST
BELLEVUE, WA 98006


DE LAGE LANDEN FINANCIAL SVCS
C/O BRIAN M. FLEISCHER
EQUIRE FOR GREENTREE CENTRE
601 ROUTE 73N, STE 305
MARLTON, NJ 08053


DECOR CHOCOLATES, INC.
107072 TYE ST SE, STE 180
MONROE, WA 98272

DELINE BOX CO
3700 LIMA ST
DENVER, CO 80239-2209


DIRECT TECHNOLOGY
3009 DOUGLAS BLVD, STE 300
ROSEVILLE, CA 95661


DIRECTAPPS, INC.
3909 DOUGLAS BLVD, STE 300
95661


DRINKER BIDDLE & REATH LLP
1800 CENTURY PARK E, STE 1500
LOS ANGELES, CA 90067-1517


E-RISK SERVICES, LLC
SCOTTSDALE INDEMNITY COMPANY
NW PROFESSIONAL CENTER
227 US HWY 206, STE 302
FLANDERS, NJ 07836


ELITE CONCEPT SALES, LLC
578 W CHIRSTOPHER ST
MERIDIAN, ID 83642


EPERFORMANCE PARTNERS LLC
1720 W FRONT STREET
CORONADO, CA 92118


EXECUTIVE SUPPORT CENTER
14900 INTERURBAN AVE S
STE 271
SEATTLE, WA 98168


EXECUTIVE SUPPORT CENTER INC
14900 INTERURBAN AVE S, STE 27
SEATTLE, WA 98168


FEDEX CORPORATE SERVICES, INC.
C/O BENJAMIN E. KELLY
LAW OFFICE OF BENJAMIN E. KELL
9218 ROOSEVELT WAY NE
SEATTLE, WA 98115

```
FIRE CORN
ATTN: GREG ANDERS
2950 NEWMARKET PL, 3101 203
SEATTLE, WA 98101


FOCUS SALES & MARKETING
620 ENTERPRISE DR
OAK BROOK, IL 60523


FORMER FAB, INC.
2101 FORMER FAB DR
PEARLAND, TX 77581


FOSTER GRAVEY
1111 THIRD AVE, STE 3000
SEATTLE, WA 98101


FSE, INC.
77 RUMFORD AVE, STE #3
WOODS HOLE, MA 02543


GAI CONSULTING GROUP, LLC
18109 155TH AVE NE
WOODINVILLE, WA 98072


GI WALLKER TRUCKING LLC
894 PLANK RD
BERLIN, PA 15530


GLORYBEE, INC.
POB 2744
ROSEBURG, OR 97470-2000


GLUTEN INTLERANCE GROUP
31214 124TH AVE SE
AUBURN, WA 98092


GMM POP HOLDINGS LLC
2 PARK AVE, 17TH FLOOR
NEW YORK, NY 10022


GODWIN ASSOCIATES, LLC
5963 BRYN BROOKE DR
RALEIGH, NC 27614
```

HOLMAN DISTRBUTION CTR OF WA
22430 76TH AVE S
KENT, WA 98032-2406


HOLMAN DISTRIBUTION CTR OF WA
22430 76TH AVE S
KENT, WA 98032


HOLMAN TRANSPORTATION LLC
22430 76TH AVE S
KENT, WA 98032


IMPACT SALES
915 W JEFFERSON ST
BOISE, ID 83702


INFINISOURCE BENEFIT SVCS
POB 737
COLDWATER, MI 49036-0889


IRON MOUNTAIN
POB 27128
NEW YORK, NY 10087-7128


KAISER PERMANENTE WASHINGTON
POB 34750
SEATTLE, WA 98124-1750


KDT INTERNATIONAL CORP.
ATTN: DONGMEZ XHANG
14500 INTERURBAN AVE S
SEATTLE, WA 98168


KIDDER MATTHEWS
12886 INTERURBAN AVE S
SEATTLE, WA 98168


KREATIVE SALES & MARKETING
210 SE 34TH ST, STE 2
BENTONVILLE, AR 72712


LESLEY GAIITHER
7540 TREY RIATA DRT, STE 511
FORT WORTH, TX 76123

```
LEXUS MOOR
30103 53RD AVE S
AUBURN, WA 98001


MCNAUL EBEL NAWROT & HELGREN
ONE UNION SQUARE
600 UNIVERSITY ST, STE 2700
SEATTLE, WA 98101


MD HOLDINGS
ATTN: MR. SHIGENORI UEMURAL
11-20 SHINJO HIGASHIOSAKA
OSAKA, JAPAN 578-0963


MEDOSWEET FARMS
POB 749
KENT, WA 98035-0749


MIA VASQUEZ
26613 112TH AVE SE, APT J205
KENT, WA 98031


NOW AT RETAIL
8300 JANTZEN RD
MODESTO, CA 95357


POLYNOVA INDUSTRIES
101-11480 BLACSMITH PL
RICHMOND, BC CANADA V74 4X1


PREFERRED POPCORN
1132 9TH RD
CHAPMAN, NE 68827


PRINTPACK, INC.
2800 OVERLOOK PKWY
ATLANTA, GA 30339


PUGET SOUND ENERGY
POB 91269
BELLEVUE, WA 98009-9269


REDDAWAY
26401 NETWORK PLACE
CHICAGO, IL 60673-1264
```

RICHARD GALANTI
7020 N MERCER WAY
MERCER ISLAND, WA 98040


RON NEUBAUER
4227 E MADISON ST, #D2
SEATTLE, WA 98112


RSM US LLP
5155 PAYSPHERE CIRCLE
CHICAGO, IL 60674-0051


RUSSELL WORLDWIDE, LLC
825 W FRONT ST
BOISE, ID 83702


SALTWORKS
16240 WOOD0RED RD NE
WOODINVILLE, WA 98072


SNYDER OF BERLIN
1313 STADIUM DR
SOMERSET, PA 15501


SNYDER OF BERLIN
1313 STADIUM ST
BERLIN, PA 15530


STEVE GALLO
1720 AVENIDA DEL MUNDO #1508
CORONADO, CA 92118


SUNSHINE FPC, INC.
1600 GAGER RD
MONTEBELLO, CA 90640


SYNDIGO LLC
POB 74861
CHICAGO, IL 60694-4861


THE CLOROX COMPANY
ATTN: RONDA RAMIO
1221 BROADWAY
OAKLAND, CA 94612

THE VALEN GROUP, LLC
ATTN: ERIC HILL
10250 ALLIANCE HILL, STE 226
CINCINNATI, OH 45242


TUKWILA SELF STORAGE
5950 SOUTH CENTER BLVD
REDMOND, WA 98052


ULINE
POB 88741
CHICAGO, IL 60680


UTZ QUALITY FOODS, LLC
1313 STADIUM ST
BERLIN, PA 15530


VISIONARY PRIVATE EQUITY GROUP
1520 S 5TH ST, STE 308
SAINT CHARLES, MO 63303


WA ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTION UNIT
800 FIFTH AVE, STE 200
SEATTLE, WA 98104


WA ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTION UNIT
800 FIFTH AVE, STE 200
SEATTLE, WA 98104


WA DEPT OF LABOR & INDUSTRIES
PO BOX 44171
OLYMPIA, WA 98504


WA STATE DEPT. OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121


WASTE MANAGEMENT
PO BOX 541065
LOS ANGELES, CA 90054-1065

```
WETERN EXTERMINATOR
POB 872830
VANCOUVER, WA 98687


WORLDWIDE EXPRESS
POB 101903
PASADENA, CA 91189
```

# United States Bankruptcy Court
## Western District of Washington

In re   **POP Gourmet, LLC**                Case No. _____

                          Debtor(s)         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **POP Gourmet, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 26, 2020                     /s/ John R. Rizzardi
_____        _____
Date                               **John R. Rizzardi**
                               Signature of Attorney or Litigant
                               Counsel for   **POP Gourmet, LLC**
                               **Cairncross & Hempelmann, P.S.**
                               **524 Second Avenue**
                               **Suite 500**
                               **Seattle, WA 98104**
                               **206-587-0700 Fax:206-587-2308**